# Exhibit 2

JAQUALIN FRIEND PETERSON (6226)
DARIN B. GOFF (11355)
DANIEL R. WIDDISON (11979)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
jfpeterson@agutah.gov
dgoff@agutah.gov
dwiddison@agutah.gov
*Attorneys for Defendant Utah Tech University*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| REBECCA BROADBENT, JARED RASBAND, AND HAZEL SAINSBURY,<br><br>*Plaintiffs*,<br><br>v.<br><br>UTAH TECH UNIVERSITY, *et al*.<br><br>*Defendants*. | **EXHIBIT 2 TO DEFENDANTS MOTION [SEALED]**<br><br>Case No. 4:24-cv-00091-DN<br><br>JUDGE DAVID NUFFER<br>MAGISTRATE JUDGE PAUL KOHLER<br>**REDACTED VERSION** |

The following paragraphs of the complaint contain privileged information:

███████████████████

███





3

[Page content fully redacted]

4

5

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

5