# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| REBECCA BROADBENT, JARED RASBAND, AND HAZEL SAINSBURY, *Plaintiffs,* v. RICHARD "BIFF" WILLIAMS, JORDON SHARP, DEL BEATTY, MICHAEL LACOURSE, HENRIE WALTON, TIFFANY WILSON, UTAH TECH UNIVERSITY, GEOFF LANDWARD, UTAH BOARD OF HIGHER EDUCATION, UTAH SYSTEM OF HIGHER EDUCATION, THE OFFICE OF THE COMMISSIONER OF HIGHER EDUCATION, ALISON ADAMS, ERIC PEDERSEN, MATT BLACK, JYL HALL, JARED MADSEN, STACY SCHMIDT, BROOKE ULRICH, TRAVIS ROSENBERG, KYLE WELLS, and COURTNEY WHITE, and JOHN AND JANE DOES I-X *Defendants*. | **ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN CLAIMS WITHOUT PREJUDICE** Civil No. 4:24-cv-00091-DN-PK Judge: David Nuffer Magistrate Judge: Paul Kohler |

The Court, having reviewed the parties' Notice of Stipulation to Dismiss Certain Claims Without Prejudice ("Motion"),[1] and finding good cause therefor,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED and dismissal of Plaintiffs' Tenth Cause of Action for defamation per se brought against Defendant Michael Lacourse and Defendant Eric Pedersen are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

---

[1] Docket no. 130.
[2] *Id.*

Signed 14th day of April, 2025.

BY THE COURT:

_____
David Nuffer
United States District Judge