THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| REBECCA BROADBENT, JARED RASBAND, AND HAZEL SAINSBURY,<br><br>*Plaintiffs,*<br><br>v.<br><br>RICHARD "BIFF" WILLIAMS, JORDON SHARP, DEL BEATTY, MICHAEL LACOURSE, HENRIE WALTON, TIFFANY WILSON, UTAH TECH UNIVERSITY, GEOFF LANDWARD, UTAH BOARD OF HIGHER EDUCATION, UTAH SYSTEM OF HIGHER EDUCATION, THE OFFICE OF THE COMMISSIONER OF HIGHER EDUCATION, ALISON ADAMS, ERIC PEDERSEN, MATT BLACK, JYL HALL, JARED MADSEN, STACY SCHMIDT, BROOKE ULRICH, TRAVIS ROSENBERG, KYLE WELLS, and COURTNEY WHITE, and JOHN AND JANE DOES I-X<br><br>*Defendants.* | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR BRIEFING TO MOTIONS TO DISMISS FILED BY DEFENDANTS**<br><br>Case No. 4:24-cv-00091-DN-PK<br><br>District Judge David Nuffer |

The Court, having reviewed the parties' Stipulated Motion to Extend Time for Plaintiffs to Respond to Motions to Dismiss Filed by Defendants ("Motion"),[1] and for good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED.

---

[1] Docket no. 167, filed May 19, 2025.
[2] *Id.*

Plaintiffs will file their responses to the Motions to Dismiss[3] on or before July 3, 2025.

Defendants will file their replies in support on or before July 10, 2025.

Signed May 20, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[3] Docket no. 154, filed Apr. 25, 2025; Docket no. 155, filed Apr. 25, 2025; Docket No. 157, filed Apr. 25, 2025; Docket No. 161, filed May 9, 2025; Docket No. 162, filed May 9, 2025; Docket Nos. 163 and 164, filed May 9, 2025.