IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| REBECCA BROADBENT, JARED RASBAND, AND HAZEL SAINSBURY,<br><br>*Plaintiffs*,<br><br>v.<br><br>UTAH TECH UNIVERSITY *et al.*,<br><br>*Defendants*. | ORDER GRANTING DEFENDANTS UTAH TECH UNIVERSITY, MATT BLACK, JYL HALL, JARED MADSEN, STACY SCHMIDT, BROOK ULRICH, TRAVIS ROSENBERG, AND COURTNEY WHITE'S MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY<br><br>Case No. 4:24-cv-00091-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having considered Defendants Utah Tech University, Matt Black, Jyl Hall, Jared Madsen, Stacy Schmidt, Brook Ulrich, Travis Rosenberg, and Courtney White's Motion for Leave to File Under Seal their Opposition to Plaintiff's Motion to Disqualify,[1] and good cause appearing:

IT IS HEREBY ORDERED THAT Defendants may file their Opposition under seal.

Dated: June 6, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 174, filed June 5, 2025.