DANIEL R. WIDDISON (11979)
JAQUALIN FRIEND PETERSON (6226)
BRADLEY BLACKHAM (8703)
BRETT ANDRUS (116659)
Assistant Utah Attorneys General
DEREK E. BROWN (10476)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
jfpeterson@agutah.gov
bblackham@agutah.gov
dwiddison@agutah.gov
brettandrus@agutah.gov

*Attorneys for Defendant Utah Tech University, Matt Black, Jyl Hall, Jared Madsen, Stacy Schmidt, Brook Ulrich, Travis Rosenberg, Shane B. Smeed and Courtney White*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| REBECCA BROADBENT, JARED RASBAND, AND HAZEL SAINSBURY,<br><br>*Plaintiffs*,<br><br>v.<br><br>UTAH TECH UNIVERSITY *et al.*,<br><br>*Defendants*. | **DEFENDANTS UTAH TECH UNIVERSITY, MATT BLACK, JYL HALL, JARED MADSEN, STACY SCHMIDT, BROOK ULRICH, TRAVIS ROSENBERG, SHANE B. SMEED AND COURTNEY WHITE'S MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 4:24-cv-00091-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendants Utah Tech University, Matt Black, Jyl Hall, Jared Madsen, Stacy Schmidt, Brook Ulrich, Travis Rosenberg, Shane B. Smeed and Courtney White, by and through undersigned counsel, submit the following motion for leave to file a motion to dismiss in excess of the limits set forth in DUCivR 7-1(a)(4)(A).  These defendants request leave to file an overlength memorandum in support of their motion up to eighty-one pages, excluding caption, table of contents, table of authorities, exhibits, and attachments.

**BASIS FOR OVERLENGTH BRIEF**

Good cause exists to grant the requested request for overlenth memorandum.  The complaint asserts twenty causes of action against these nine defendants, necessitating discussion and analysis as to each claim against each of these defendants.  The facts of the case are extraordinarily complex and the issues asserted by Plaintiffs are legion.  Counsel has attempted to streamline the argument to keep the page and word limits to a minimum, but Plaintiffs' complaint asserts 20 causes of action spread out against these nine defendants over 412 paragraphs in the second Amended Complaint and each connection must be separately addressed.  The complaint alleges signficant jurisdictional and constitutional questions, challenging the constiutionality of the Utah Governmental Immunity Act.

RESPECTFULLY SUBMITTED THIS 19th day of June 2026.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ *Daniel R. Widdison*
DANIEL R. WIDDISON,
JAQUALIN FRIEND PETERSON,
BRADLEY BLACKHAM,
BRETT ANDRUS,
Assistant Utah Attorneys General
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of June, 2026, I electronically filed the foregoing,

**DEFENDANTS UTAH TECH UNIVERSITY, MATT BLACK, JYL HALL, JARED MADSEN, STACY SCHMIDT, BROOK ULRICH, TRAVIS ROSENBERG, SHANE B. SMEED AND COURTNEY WHITE'S MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**, using the Court's electronic filing system:

Lisa R. Petersen
Amy L. Herrington
COHNE KINGHORN, P.C.
lpetersen@cohnekinghorn.com
aherrington@ck.law

/s/ *Angie LaVenture*